30375. HARTFORD ACCIDENT & INDEMNITY CO. *et al. v.* THORNTON.

PARKER, J. This court in a judgment in this case (*Hartford Accident & Indemnity Co.* v. *Thornton,* 71 *Ga. App.* 486, 31 S. E. 2d, 115), reversed the judgment of the superior court of Clarke County; and the Supreme Court on certiorari having reversed the judgment of this court (*Thornton* v. *Hartford Accident & Indemnity Co.,* 198 *Ga.* 786, 32 S. E. 2d, 816), the judgment of reversal originally rendered by this court is vacated, and the judgment of the superior court affirming and sustaining the award of the workmen's compensation board is hereby

*Affirmed. Sutton, P. J., and Felton, J., concur.*

DECIDED JANUARY 25, 1945.

*Neely, Marshall & Greene, T. Elton Drake,* for plaintiffs in error. *James C. Howard Jr.,* contra.